**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jennine Soltys                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 17-18572 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                       Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
02 Nov 2020, 11:55:23, EST

                     KML Law Group, P.C.
                     701 Market Street, Suite 5000
                     Philadelphia, PA 19106-1532
                     (215) 627-1322