**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE:  : BKY. NO. 17-18572
JENNINE SOLTYS  :
 : CHAPTER 13

SUPPLEMENTAL
CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, attorney for debtor(s), hereby certify that the Motion to Avoid Judicial Lien and Notice of **TD BANK USA NA** was served by certified mail (attached is a copy of the Receipt) on February 17, 2023 to the following:

CEO LEO SALOM
TD BANK USA NA
1701 MARLTON PIKE E
CHERRY HILL, NJ 08003

February 17, 2023    By: /s/ Michael P. Kelly
    Michael P. Kelly, Esquire
    Suite 202 - Penn's Square
    402 Middletown Boulevard
    Langhorne, PA    19047
    (215) 741-1100
    fax (215) 741-4029
    email:  mpk@cowanandkelly.com

