Certificate Number: 05781-PAE-DE-037201707

Bankruptcy Case Number: 17-18572



05781-PAE-DE-037201707

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2023, at 4:19 o'clock AM PST, Jennine Soltys completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 22, 2023            By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President