*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Jennine Soltys
    Debtor(s)

Case No: 17−18572−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*RESCHEDULED TIME ONLY\*
Motion to Avoid Lien with TD Bank USA NA Filed by Jennine Soltys Represented by MICHAEL P. KELLY

on: 3/14/23

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/2/23

Timothy B. McGrath
Clerk of Court

41 − 35
Form 167