# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  : CHAPTER 13
JENNINEM SOLYTS                         : BKY. NO.  17-18572

### CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, attorney for Debtor(s), do hereby certify that no answer, objection, request for hearing or other response was received regarding the Motion to Avoid Judicial Lien held by Cavalry SPV I LLC.

DATED: March 13, 2023

/s/ Michael P. Kelly
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA   19047
(215) 741-1100
Fax (215) 741-4029
Email:  mpk@cowanandkelly.com