## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:                                 :    BKY. NO. 17-18572
JENNINE SOLTYS              :
                                    :    CHAPTER 13

### ORDER

AND NOW, upon Motion of the Debtors to avoid a judicial lien held by **CAVALRY SPV I LLC** ("the Respondent") in real property of the Debtors located at 144 Westbrook Rd., Feasterville, Pennsylvania, 19053.

AND the debtors having asserted that the alleged lien arising from the judgment entered at Bucks County Court of Common Pleas – Docket No: 2017-06758 is subject to avoidance pursuant to 11 U.S.C. §522(f),

AND the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby ORDERED that the Motion is GRANTED by default.

It is further ORDERED, subject to 11 U.S.C. §349(b), that the Respondent's judicial lien in the above-mentioned real property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is AVOIDED.

Dated: March 14, 2023

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE