United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-18572-mdc |
| Jennine Soltys | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennine Soltys, 144 Westbrook Rd, Feasterville Trevose, PA 19053-2246 |
| cr | + | Township of Lower Southampton c/o Keystone Collect, 546 Wendel Road, Irwin, PA 15642, UNITED STATES 15642-7539 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 16 2023 00:05:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14032287 | + | Email/Text: bankruptcy@cavps.com | Mar 15 2023 23:58:00 | Cavalry SPV I LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 17, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2023 | Form ID: pdf900 | Total Noticed: 4 |

      on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

JOSHUA Z. GOLDBLUM
      on behalf of Debtor Jennine Soltys jgoldblum@lasp.org

KENNETH E. WEST
      ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
      on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
      mario.hanyon@brockandscott.com

MICHAEL P. KELLY
      on behalf of Debtor Jennine Soltys mpkpc@aol.com  r47593@notify.bestcase.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: | : BKY. NO. 17-18572 |
| JENNINE SOLTYS | : |
| | : CHAPTER 13 |

<u>ORDER</u>

AND NOW, upon Motion of the Debtors to avoid a judicial lien held by **CAVALRY SPV I LLC** ("the Respondent") in real property of the Debtors located at 144 Westbrook Rd., Feasterville, Pennsylvania, 19053.

AND the debtors having asserted that the alleged lien arising from the judgment entered at Bucks County Court of Common Pleas – Docket No: 2017-06758 is subject to avoidance pursuant to 11 U.S.C. §522(f),

AND the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby ORDERED that the Motion is GRANTED by default.

It is further ORDERED, subject to 11 U.S.C. §349(b), that the Respondent's judicial lien in the above-mentioned real property of the Debtors listed and claimed as exempt in Schedule C of the Debtors' bankruptcy schedules is AVOIDED.

Dated: March 14, 2023

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE