United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                       Case No. 17-18572-mdc
Jennine Soltys                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                         Page 1 of 3
Date Rcvd: May 17, 2023                               Form ID: 138OBJ                                Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennine Soltys, 144 Westbrook Rd, Feasterville Trevose, PA 19053-2246 |
| 14032284 | | Blatt Hasenmiller Leibsker & Moore, LLC, 1835 Market St Ste 501, Philadelphia, PA 19103-2933 |
| 14032285 | + | Carrie A. Brown, Esquire, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14032286 | | Carrie Brown, Esquire, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14032288 | | Chase Bank, c/o Nationwide Credit, PO Box 26314, Lehigh Valley, PA 18002-6314 |
| 14032290 | + | David J. Apothaker, 520 Fellowship Rd Ste C-306, Mount Laurel, NJ 08054-3410 |
| 14032291 | | Dr. James Riesenberger, DMD, 111 Floral Vale Blvd Apt C, Yardley, PA 19067-5522 |
| 14032292 | | Elan Financial Services/US Bank, c/o Portfolio Recovery, PO Box 12903, Norfolk, VA 23541-0903 |
| 14647488 | + | FREEDOM MORTGAGE CORPORATION, C/O Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14415518 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14060617 | + | Joshua Z. Goldblum, Esquire, 826 Bustleton Pike, Suite 101, Feasterville, PA 19053-6002 |
| 14032296 | | Keystone Collections Group, PO Box 499, Irwin, PA 15642-0499 |
| 14098503 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14032297 | + | Lower Southampton Township, 1500 Desire Ave, Feasterville Trevose, PA 19053-4496 |
| 14032301 | + | Philadelphia Federal Credit Union, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14032304 | | Sheena Bediako, Esquire, 234 S State St, Newtown, PA 18940-1928 |
| 14032305 | | St. Mary Hospital Pediatric Emeg. Dept., c/o Revenue Corp., PO Box 59003, Knoxville, TN 37950-9003 |
| 14032306 | | TD Bank USA/Target Credit Card, 1701 Marlton Pike E, Cherry Hill, NJ 08003-2390 |
| 14032308 | | Wells Fargo Dealer Services, MAC T9017-026, PO Box 168048, Irving, TX 75016-8048 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2023 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2023 00:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14032283 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 18 2023 00:15:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14066318 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 18 2023 00:16:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14032287 | + | Email/Text: bankruptcy@cavps.com | May 18 2023 00:16:00 | Cavalry SPV I LLC, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 14032289 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 00:16:00 | Citi Bank, c/o Midland Credit Management, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14558395 | ^ | MEBN | May 18 2023 00:12:51 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

Case 17-18572-mdc   Doc 59   Filed 05/19/23   Entered 05/20/23 00:32:37   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14032293 | | Email/Text: crdept@na.firstsource.com | May 18 2023 00:16:00 | First Source Advantage, LLC, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 14032294 | | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2023 00:16:00 | Freedom Mortgage, PO Box 50428, Indianapolis, IN 46250-0401 |
| 14647489 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2023 00:16:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14061790 | + | Email/Text: Bankruptcy@Freedommortgage.com | May 18 2023 00:16:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14032295 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:26:25 | Home Design HVAC/Syncrony, PO Box 965036, Orlando, FL 32896-5036 |
| 14282119 | | Email/Text: BankruptcyECFMail@mccalla.com | May 18 2023 00:16:00 | Freedom Mortgage Corp., c/o McCalla Raymer Leibert Pierce LLC, Bky. Dept., 1544 Old Alabama Rd., Roswell, GA 30076 |
| 14040984 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 00:16:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14032298 | + | Email/Text: bankruptcydpt@mcmcg.com | May 18 2023 00:16:00 | Midland Credit Management, Inc., 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14032299 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:26:52 | Old Navy/Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 14032302 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:26:36 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 14032303 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:27:09 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4962 |
| 14040681 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2023 00:27:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14032504 | + | Email/PDF: rmscedi@recoverycorp.com | May 18 2023 00:25:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14032300 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:26:34 | Paypal, PO Box 965005, Orlando, FL 32896-5005 |
| 14049891 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2023 00:16:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14068813 | + | Email/Text: bncmail@w-legal.com | May 18 2023 00:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14032307 | | Email/PDF: gecsedi@recoverycorp.com | May 18 2023 00:25:58 | Toys-R-Us Credit Card/SYNCB, PO Box 965001, Orlando, FL 32896-5001 |
| 14059903 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 18 2023 00:25:53 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 17, 2023 | Form ID: 138OBJ | Total Noticed: 44 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| JOSHUA Z. GOLDBLUM | on behalf of Debtor Jennine Soltys jgoldblum@lasp.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Jennine Soltys mpkpc@aol.com r47593@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jennine Soltys

        Debtor(s)                        Case No: 17−18572−mdc

                                              Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
            Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/17/23