| Fill in this information to identify the **Fill in this information to identify the case:** |
|---|
| Debtor 1    Jennine Soltys |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number    17-18572 ELF |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no**. (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 4689

**Date of payment change:**
Must be at least 21 days after date of this notice         12/01/2022

**New total payment:**         $3123.73
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $1494.33         New escrow payment: $ 1330.26

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%         New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
       Reason for change:_____

   Current mortgage payment: $_____         New mortgage payment: $_____

Debtor(s)  <u>Jennine</u>               <u>Soltys</u>  Case number *(if known)* <u>17-18572 ELF</u>
           First Name  Middle Name  Last Name

| **Part 4:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>                    Date   11/08/2022
Signature
Print: Brian Nicholas
08 Nov 2022, 16:13:08, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>         <u>Market Street, Suite 5000</u>
          Number     Street
          Philadelphia,                              PA    19106
          City                                       State  ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com