# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Jennine Soltys<br>　　　　　　　　　　**Debtor(s)**<br><br>**FREEDOM MORTGAGE CORPORATION**<br>　　　　　　　　　　**Movant**<br><br>　　　　vs.<br><br>**Jennine Soltys**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West Esq.**,<br>　　　　　　　　　　**Trustee** | **BK NO. 17-18572 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 11** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jennine Soltys
144 Westbrook Road
Feasterville Trevose, PA 19053-2246

Attorney for Debtor(s)
Joshua Z. Goldblum, Esq.
826 Bustleton Pike (VIA ECF)
Suite 101 B
Feasterville, PA 19053Michael P. Kelly, Esq.
202 Penns Square (VIA ECF)
Langhorne, PA 19047

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas Esquire**
　　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas Esquire
　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com